# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ROBERT PIERCE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-254-G** |
| | ) | |
| **MAX C. MYERS, individually, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Now before the Court is a Motion to Dismiss (Doc. No. 7) filed by Defendant Max C. Myers. The Motion seeks dismissal of claims raised in Plaintiff Robert Pierce's Complaint (Doc. No. 1).

Plaintiff has now timely filed an Amended Complaint (Doc. No. 8). Plaintiff's Amended Complaint supersedes the original pleading and renders it of no legal effect. *See* Fed. R. Civ. P. 15(a)(1)(B); *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 7) is DENIED as moot.

IT IS SO ORDERED this 17th day of April, 2026.

CHARLES B. GOODWIN
United States District Judge